Russell G. Evans, Bar Number 7192
Armand J. Howell, Bar Number 10029
Benjamin J. Mann, Bar Number 12588
Paul M. Halliday, Jr., Bar Number 5076
HALLIDAY, WATKINS & MANN, P.C.
Attorneys for RM Lifestyles, LLC
376 East 400 South, Suite 300
Salt Lake City, UT 84111
Telephone:  801-355-2886
Fax:  801-328-9714
Email: russ@hwmlawfirm.com
File No:  46761

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH
# CENTRAL DIVISION

| In re:<br><br>TOBIE A KENT<br><br>Debtor. | Bankruptcy Case No. 16-23883 RKM<br>Chapter 13<br>**EX PARTE MOTION TO SHORTEN NOTICE OF MOTION TO TERMINATE AUTOMATIC STAY AND FOR IN REM RELIEF**<br><br>[Filed Electronically] |
|---|---|

RM Lifestyles, LLC hereinafter referred to as ("RM Lifestyles"), through counsel, Russell G. Evans, respectfully requests the Court to shorten notice of the Motion to Terminate Automatic Stay as to RM Lifestyles and for In-Rem Relief in the above entitled matter. The request is based upon the debtor and co-debtor filed eleven (11) bankruptcies over the past six years to delay or hinder the foreclosure and now eviction process.  Debtor has thus far failed to file the required statements and schedules.

Notice will be mailed on May 9, 2016, to the Debtor and Chapter 13 Trustee.  The hearing is scheduled for May 25, 2016, at 10:00 AM with an objection deadline of May 24, 2016.

Respectfully submitted this 9th day of May, 2016.

/s/ Russell G. Evans

Russell G. Evans

Attorney for Russell G. Evans