**This order is SIGNED.**



**Dated: May 27, 2016**



**R. KIMBALL MOSIER
U.S. Bankruptcy Judge**

---

*Order prepared and submitted by:*
Lon A. Jenkins (4060)
Tami Gadd-Willardson (12517)
Ryan C. Cadwallader (13661)
OFFICE CHAPTER 13 TRUSTEE
405 So. Main Street, Suite 600
Salt Lake City, Utah 84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteemail@ch13ut.org

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH
### CENTRAL DIVISION

| In re:          | Case No. 16-23883        |
|-----------------|--------------------------|
| TOBIE A. KENT   | Chapter 13               |
| Debtor.         | Hon. R. Kimball Mosier   |

### ORDER OF DISMISSAL WITH PREJUDICE

Trustee's Motion to Dismiss with Prejudice came on regularly for hearing on May 25, 2016. The Honorable R. Kimball Mosier presided. Ryan C. Cadwallader appeared on behalf of Lon A. Jenkins, the Standing Chapter 13 Trustee, with no other parties making any appearance on the record. The Court has reviewed the pleadings on file, heard oral argument, and after making its findings of fact and conclusions of law on the record:

**HEREBY ORDERS, DECREES, AND ADJUDGES THAT:**

1. The Motion to Dismiss with Prejudice is hereby granted.

2. The above-captioned case is dismissed with prejudice pursuant to 11 U.S.C. § 109(g) for Debtors' willful failure to abide by the Court's Order and the Debtors is barred from filing a petition for relief under any Chapter of the United States Bankruptcy Code (Title 11) for 180 days beginning the date this order is signed by the Court.

3. Of the funds being held in this case, the Trustee shall pay, to the extent funds are available, the following claims in the following priority: (1) the allowed fee to the Trustee under 28 U.S.C. § 586(e); (2) adequate protection payments provided for in the proposed plan, stipulated to by the parties, or ordered by the Court; (3) allowed administrative expenses, including attorney's fees and costs in the total amount of $0.00 less any retainer on the Bankruptcy Rule 2016 statement; and (4) with the balance of such funds to be returned to the Debtors' pursuant to 11 U.S.C. § 1326(a)(2) by a check made payable to the Debtors' and mailed to the debtors' most recent address on file with the Bankruptcy Court.

**END OF DOCUMENT**

## DESIGNATION OF PARTIES TO BE SERVED

Service of the foregoing Order shall be to all parties and in the manner designated below: By Electronic Service: I certify that the parties of record in this case as identified below are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

LON A. JENKINS - ECF NOTIFICATION
RUSSELL G. EVANS – ECF NOTIFICATION

By U.S. Mail: In addition to the parties of record receiving notice through the CM/ECF System, the following parties should be served notice pursuant to FRCP 5(b):

TOBIE A. KENT, 2557 WEST CLYDESDALE CIRCLE, RIVERTON, UT 84065